# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ROBINSON,** | : | |
| Petitioner | : | No. 01:05-cr-00443-01 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 12th day of December 2014, **IT IS HEREBY ORDERED THAT** Petitioner Franklin Robinson's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. Nos. 2057 & 2138) is **DENIED**, and a certificate of appealability **SHALL NOT ISSUE**. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania